■ In the Matter of BROOKLYN CENTER FOR PSYCHOTHERAPY et al., Respondents-Appellants, v DENNIS P. WHALEN, as Commissioner of the New York State Department of Health, Appellant-Respondent. [721 NYS2d 575] —Cross appeals from a judgment of the Supreme Court (Sheridan, J.), entered December 21, 1999 in Albany County, which, *inter alia*, partially granted petitioners' application, in a proceeding pursuant to CPLR article 78, to annul a determination of respondent to recoup Medicaid overpayments made to petitioners.

Judgment affirmed, upon the opinion of Justice Edward A. Sheridan.

Mercure, J. P., Peters, Spain, Carpinello and Rose, JJ., concur. Ordered that the judgment is affirmed, without costs.